UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA

        Plaintiff(s),         Case No. 16-20172

v.         Judge Linda V. Parker

KEVONDRICK M. JOHNSON

        Defendant(s).
_____/

**NOTICE OF CORRECTION**

Docket entry number __70__, filed __7/15/2020__, has been modified. The explanation for the correction is stated below.

☐ The docket entry was made on the wrong case.
☐ The corresponding document image was missing or incomplete.
☐ The wrong document image was associated.
☐ The wrong judicial officer was listed on the case docket.
☐ The filer information was inaccurate or omitted from the docket text.
☐ The judicial officer information was inaccurate or omitted from the docket text.
☐ The docket text was changed *to include the Partial Payment Order.*
☒ Other: Incorrect date entered on document

If you need further clarification or assistance, please contact __Richard Loury__ at __(313) 234-5524__.

DAVID J. WEAVER, CLERK OF COURT

Dated: July 15, 2020          s/R. Loury
                                                     Deputy Clerk